1

2

3

4

5                    UNITED STATES DISTRICT COURT
6                    EASTERN DISTRICT OF WASHINGTON

7    PERDIDA TIMM,

8                                            NO:  CV-09-347-RMP
                        Plaintiff,
9
                                             ORDER OF DISMISSAL WITH
10        v.                                 PREJUDICE

11
     CATHOLIC DIOCESE OF
12   SPOKANE; OUR LADY OF THE
13   VALLEY CATHOLIC PARISH-
     OKANOGAN; and A.W. REHN &
14   ASSOCIATES, INC.,
15                      Defendants.

16

17        BEFORE the Court are the parties' Joint Motion to Dismiss with Prejudice

18
     (ECF No. 110) and the parties' Stipulated Motion to Expedite Hearing (ECF No.
19
20   111).  Having reviewed said motions and the file and pleadings therein, the Court

21
     deems itself otherwise fully advised in the premises.  Accordingly,
22
23        **IT IS HEREBY ORDERED:**

24
     1. The parties' Stipulated Motion to Expedite Hearing (**ECF No. 111**) is
25
26        **GRANTED.**

27

28

     ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2.  The parties' Motion to Dismiss with Prejudice (**ECF No. 110)** is

**GRANTED**, with **LEAVE TO REOPEN**, up to one year after the date

of this Order, for just cause and/or to enforce terms of any settlement

agreement entered between the parties.

3.  Plaintiff's Complaint and any and all counterclaims and/or cross-claims

are dismissed with prejudice and without costs to any party

4. All pending motions, if any, are **DENIED AS MOOT**.

5. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies

to counsel, and **CLOSE** this file.

**DATED** this 2nd day of June, 2011.


                              *s/ Rosanna Malouf Peterson*
                              ROSANNA MALOUF PETERSON
                              Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2